| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1(b)**<br><br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Tel: 732 741 3900<br>Attorneys for Debtor | Order Filed on November 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>FRED M. BUCCI<br><br>            Debtor | Case No: 18-27302<br>Chapter: 13<br>Hearing Date: November 17, 2020<br>Judge: Michael B. Kaplan |

**ORDER REINSTATING THE AUTOMATIC STAY AS TO WELLS FARGO**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 17, 2020**

/s/ Michael B. Kaplan

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Fred M. Bucci
Case No.: 18-27302
Caption of Order Reinstating the Automatic Stay as to Wells Fargo

---

This matter having been opened to the Court upon the motion by the Debtor for an order reinstating the automatic stay as to Wells Fargo Bank, N.A. and the Court having reviewed the certification of the Debtor in support of the motion and finding good cause for the entry of the within order.

**NOW THEREFORE IT IS HEREBY ORDERED** that the automatic stay be and hereby is reinstated and shall remain in full force and effect as to Wells Fargo Bank, N.A. until further Order of this Court.

Docs #4650325-v1