| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1(b)**<br><br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Tel: 732 741 3900<br>Attorneys for Debtor |
| In Re:<br><br>FRED M. BUCCI<br><br>                      Debtor |

Order Filed on November 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  18-27302

Chapter:  13

Hearing Date:  November 17, 2020

Judge:  Michael B. Kaplan

# ORDER REINSTATING THE AUTOMATIC STAY AS TO WELLS FARGO

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 17, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2 of 2**

Debtor: Fred M. Bucci
Case No.: 18-27302
Caption of Order Reinstating the Automatic Stay as to Wells Fargo

---

This matter having been opened to the Court upon the motion by the Debtor for an order reinstating the automatic stay as to Wells Fargo Bank, N.A. and the Court having reviewed the certification of the Debtor in support of the motion and finding good cause for the entry of the within order.

**NOW THEREFORE IT IS HEREBY ORDERED** that the automatic stay be and hereby is reinstated and shall remain in full force and effect as to Wells Fargo Bank, N.A. until further Order of this Court.

Docs #4650325-v1

United States Bankruptcy Court

District of New Jersey

In re:  
Fred M Bucci  
    Debtor(s)

Case No. 18-27302-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID**    **Recipient Name and Address**  
db    + Fred M Bucci, 18 South Street, Old Bridge, NJ 08857-2949

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo  
    docs@russotrustee.com

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Donald F. Campbell, Jr.  
    on behalf of Debtor Fred M Bucci dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Rebecca Ann Solarz  
    on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com

Robert P. Saltzman  
    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

TOTAL: 11