Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                      Case No.:  18−27302−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred M Bucci
   18 South Street
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−9025

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/12/21 at 09:00 AM

to consider and act upon the following:

**93** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 4/21/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 4/21/21

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court