| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>Fred M Bucci<br><br><br>Debtor(s) | Case No.: 18-27302 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 3/8/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  3/8/2022                                                             /s/  Kierstyn Buchanan

                                                                                            Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Fred M Bucci<br>18 South Street<br>Old Bridge, NJ   08857 | Debtor(s) | Regular Mail |
| DONALD F CAMPBELL, JR<br>SUITE 300<br>125 HALF MILE ROAD<br>RED BANK,  NJ   07701 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |