UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

Fred M.. Bucci

Debtor

Case No.: 18-27302 MBK

Chapter: _____

Hearing Date: 10/11/23

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Trustee Motion to Dismiss - # 112

Date: 9/27/23

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*